Jamie A. Aycock, Texas SBN 24050241
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING
1221 McKinney St., Suite 3460
Houston, TX  77010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE NEXUS DISPLAY TECHNOLOGIES LLC PATENT LITIGATION | CASE NUMBER  SACV-14-01118 JVS (DFMx) coordinated with SACV-14-05691, SACV-14-05693 and SACV-14-05694 |
|---|---|
| THIS DOCUMENT RELATES TO ALL ACTIONS | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

<u>Aycock, Jamie A.</u>           of      AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING
*Applicant=s Name (Last Name, First Name & Middle Initial)*           1221 McKinney St., Suite 3460
                              Houston, TX  77010
<u>713-655-1101</u>           <u>713-655-0062</u>
*Telephone Number*      *Fax Number*
<u>jamieaycock@azalaw.com</u>
       *E-Mail Address*                    *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

<u>Plaintiff, NEXUS DISPLAY TECHNOLOGIES</u>

*Name(s) of Party(ies) Represented*        ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

<u>Hahn, Douglas, Q.</u>           of      STRADLING YOCCA CARLSON & RAUTH
*Designee's Name (Last Name, First Name & Middle Initial)*           660 Newport Center Drive, Suite 1600
                              Newport Beach, CA 92660
<u>257559</u>           <u>949-725-4138</u>
*Designee's Cal. Bar Number*    *Telephone Number*
                   <u>949-725-4100</u>
                   *Fax Number*                  *Firm Name & Address*
                              <u>dhahn@sycr.com</u>
                              *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____

                              **U.S. District Judge/U.S. Magistrate Judge**