Alisa Lipski (SBN 278710)
Amir H. Alavi (Admitted *Pro Hac Vice*)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Email: aalavi@azalaw.com

Douglas Q. Hahn (SBN 257559)
Stradling Yocca Carlson & Rauth PC
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
Tel: 949-725-4138
Fax: 949-725-4100
Email: dhahn@sycr.com

*Attorneys for Plaintiff Nexus Display Technologies LLC*

*List of counsel continued on second page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEXUS DISPLAY TECHNOLOGIES LLC PATENT LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS | SACV 14-01118 JVS(DFMx) coordinated with<br>CV 14-05691 JVS(DFMx)<br>CV 14-05694 JVS(DFMx)<br><br>**JOINT STATUS REPORT** |

1
JOINT STATUS REPORT

1  D James Pak
   Baker & McKenzie LLP
2  Two Embarcadero Center 11th Floor
   San Francisco, CA 94111
3  Telephone: (415) 592-3209
   Fax: (415) 576-3099
4  Email: d.james.pak@bakermckenzie.com

5  Matt Dushek
   Baker & McKenzie LLP
6  815 Connecticut Ave NW
   Washington, DC 20006
7  Telephone: (202) 835-6165
   Fax: (202) 416-7165
8
   ***Attorneys for ViewSonic Corp.***
9
   Peter H Kang
10 Email: pkang@sidley.com
   Ashish Nagdev
11 Email: anagdev@sidley.com
   Sidley Austin LLP
12 1001 Page Mill Road Building 1
   Palo Alto, CA 94304
13 Telephone: (650) 565-7006
   Fax: (650) 565-7100
14
   Theodore W Chandler
15 Sidley Austin LLP
   555 West 5th Street Suite 4000
16 Los Angeles, CA 90013-3000
   Telephone: (213) 896-5830
17 Fax: (213) 896-6600
   Email: tchandler@sidley.com
18
   ***Attorneys for LG Electronics, LG Electronics USA, Inc. and LG Electronics***
19 ***MobileComm USA, Inc.***

20

21

22         Plaintiff Nexus Display Technologies LLC ("NDT" or "Plaintiff") and

23 Defendants BenQ America Corp. and BenQ Corp. (collectively "BenQ"),

24 ViewSonic Corp. ("ViewSonic"), LG Electronics, Inc., LG Electronics USA,

25

26 Inc., LG Electronics MobileComm USA, Inc. (collectively "LGE") by and

27 through their respective counsel submit the following Joint Status Report

28

2

JOINT STATUS REPORT

pursuant to the Court's Scheduling Conference Civil Minute Order of April 13, 2015. ECF No. 39. NDT and BenQ have reached a settlement in principle and expect to file papers dismissing BenQ in the near future. The parties are currently negotiating a protective order and should have a draft for your Honor's review shortly.

Related case *Nexus Display Technologies LLC v. Acer Inc. and Acer America Corporation* (collectively "Acer"), C.A. No. 2:15-cv-02400, is pending in front of this Court. Acer's answer date is August 17, 2015. The scheduling conference in this case is set for August 31, 2015.

Related case *Nexus Display Technologies LLC v. ASUSTek Computer Inc. and ASUS Computer International* (collectively "ASUS"), C.A. 2:15-cv-02401, is pending in front of this Court. ASUS's answer date is July 20, 2015. The scheduling conference in this case is set for August 24, 2015.

Related case *Nexus Display Technologies LLC v. Hewlett-Packard Company* ("HP") is pending in front of Judge Terry J. Hatter, Jr. and Magistrate Judge Jacqueline Chooljian. HP answered on June 4, 2015. A final pre-trial conference has been set in front of Judge Hatter on August 31, 2015.

In the Texas cases that involve the same patents, claim construction has been fully briefed, and the claim construction hearing is set for June 22, 2015.

**Plaintiff's Statement**

Plaintiff is in the process of producing the Texas claim construction

JOINT STATUS REPORT

briefing to Defendants in this case. Plaintiff does not believe there will be additional terms at issue in the cases pending before this Court. Nonetheless, Plaintiff is cognizant of the fact that one *Markman* hearing for all of the cases identified above would conserve judicial resources. Plaintiff thus suggests that a Markman hearing be set sometime in November, and that all other deadlines except the Markman- related dates remain as Ordered. Plaintiff proposes the following schedule for Markman:

| Event | Due Date | N.D. Cal. Patent L.R. |
|---|---|---|
| Infringement Contentions | 7/15/2015 (not applicable for LG, ViewSonic or BenQ) | 3-1 |
| Invalidity Contentions | 9/2/2015 (not applicable for LG, ViewSonic or BenQ) | 3-3 |
| Exchange of proposed terms for construction | 9/16/2015 | 4-1 |
| Exchange of preliminary claim constructions and extrinsic evidence | 9/30/2015 | 4-2 |
| Joint claim construction & prehearing statement | 10/7/2015 | 4-3 |
| Completion of claim construction discovery | 10/9/2015 | 4-4 |
| Opening claim construction briefs | 10/14/2015 | 4-5(a) |
| Responsive claim construction briefs | 10/28/2015 | 4-5(b) |
| Reply claim construction briefs | 11/6/2015 | 4-5(c) |
| Claim construction hearing | TBD | 4-6 |

This proposal provides a streamlined schedule, as it is likely that the claim constructions in Texas with significantly narrow the claim construction disputes between these parties. Nexus has complied, and will continue to comply, with its claim construction discovery obligations but does not believe that discovery

is or should be limited to claim construction discovery, or other discovery related to claim construction discovery, at this time.

**Defendants' Statement**

Defendants agree with Plaintiff that one *Markman* hearing will conserve judicial resources. At this stage, however, it is premature to determine whether there will be additional terms to construe as compared to the Texas cases.

Defendants disagree that the claim construction hearing should be held in November. Setting such a schedule would unfairly accelerate the ASUS and Acer cases before those parties have even responded to their respective complaints or had scheduling conferences. Thus, Defendants propose that claim construction scheduling be deferred until ASUS and Acer can appear at a scheduling conference before this Court.

To the extent your Honor would like to set a claim construction schedule, Defendants propose the following that is keyed to Acer's scheduling conference on August 31, 2015:

| Event | Due Date | N.D. Cal. Patent L.R. |
|---|---|---|
| Infringement Contentions | 09/14/2015 (not applicable for LGE, ViewSonic or BenQ) | 3-1 |
| Invalidity Contentions | 10/29/2015 (not applicable for LG, ViewSonic or BenQ) | 3-3 |
| Exchange of proposed terms for construction | 11/12/2015 | 4-1 |

5
JOINT STATUS REPORT

| | | |
|---|---|---|
| Exchange of preliminary claim constructions and extrinsic evidence | 12/03/2015 | 4-2 |
| Joint claim construction & prehearing statement | 12/28/2015 | 4-3 |
| Completion of claim construction discovery | 01/27/2016 | 4-4 |
| Opening claim construction briefs | 02/11/2016 | 4-5(a) |
| Responsive claim construction briefs | 02/25/2016 | 4-5(b) |
| Reply claim construction briefs | 03/03/2016 | 4-5(c) |
| Claim construction hearing | TBD | 4-6 |

Regarding the scope of discovery, Defendants request Nexus to follow your Honor's guidance:

> I'm going to order you give priority treatment to the Markman discovery, but I'm not going to phase the discovery. Some of that discovery will be overlapping, and we ought to basically get it done once and not take narrow Markman depositions if those people are likely to have information on other topics.

Transcript of Dec. 1, 2014 Hearing, at 7:16-22. Plaintiff, however, has served 13 interrogatories and 39 requests for production on LGE, and 12 interrogatories and 39 requests for production on ViewSonic, none of which are related to claim construction. Pursuant to your Honor's guidance, Plaintiff should prioritize claim construction discovery over other types of discovery.

6
JOINT STATUS REPORT

Dated: June 8, 2015            By: */s/ Alisa A. Lipski*

Alisa A. Lipski
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
1221 McKinney
Suite 3460
Houston, TX 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
Email: alipski@azalaw.com

***Attorney for Plaintiff Nexus Display Technologies LLC***

Dated: June 8, 2015            By: */s/ Matt Dushek*

D James Pak
Baker & McKenzie LLP
Two Embarcadero Center 11th Floor
San Francisco, CA 94111
Telephone: (415) 592-3209
Fax: (415) 576-3099
Email: d.james.pak@bakermckenzie.com

Matt Dushek
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
Telephone: (202) 835-6165
Fax: (202) 416-7165

***Attorney for ViewSonic Corp.***

| | | |
|---|---|---|
| 1 | Dated: June 8, 2015 | By: */s/ Ashish Nagdev* |
| 2 | | Peter H Kang |
| | | Email: pkang@sidley.com |
| 3 | | Ashish Nagdev |
| | | Email: anagdev@sidley.com |
| 4 | | Sidley Austin LLP |
| | | 1001 Page Mill Road Building 1 |
| 5 | | Palo Alto, CA 94304 |
| | | Telephone: (650) 565-7006 |
| 6 | | Fax: (650) 565-7100 |
| 7 | | Theodore W Chandler |
| | | Sidley Austin LLP |
| 8 | | 555 West 5th Street Suite 4000 |
| | | Los Angeles, CA 90013-3000 |
| 9 | | Telephone: (213) 896-5830 |
| | | Fax: (213) 896-6600 |
| 10 | | Email: tchandler@sidley.com |
| 11 | | ***Attorneys for LG Electronics, LG Electronics USA, Inc. and LG Electronics MobileComm USA, Inc.*** |

8

JOINT STATUS REPORT

## **CERTIFICATE OF SERVICE**

On June 8, 2015, I caused the foregoing document, JOINT STATUS REPORT, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case. Pursuant to L.R. 5-3.2.1, the Notice of Electronic Filing when emailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

                                          */s/     Alisa A. Lipski*
                                                  Alisa A. Lipski