LEE TRAN & LIANG LLP
  Peter J. Wied (Bar No. 198475)
    peter.wied@ltlattorneys.com
  Vincent K. Yip (Bar No. 170665)
    vincent.yip@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
Telephone:   (213) 612-8900
Facsimile:    (213) 612-3773

Attorneys for Defendants BenQ America Corp.
and BenQ Corp.

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC PATENT LITIGATION<br><br>Plaintiff,<br><br>v.<br><br>BENQ CORPORATION AND BENQ AMERICA CORPORATION<br><br>Defendants, | Case No.: 8:14-cv-01118-JVS-DFM<br><br>**UNOPPOSED REQUEST TO BE EXCUSED FROM SCHEDULING CONFERENCE**<br><br>Status Conference: June 15, 2015<br>Time:                         11:00 am |

Defendants BenQ Corporation and BenQ America Corporation (collectively "BenQ") respectfully request to be excused from attendance at the Scheduling Conference set for June 15, 2015 in this case and in related cases SACV 14-05691 JVS (DFMx) and SACV 14-05694 JVS (DFMx). As reflected in the Joint Status Report filed on June 8, 2015 (Docket No. 46), Plaintiff Nexus Display Technologies and BenQ have reached settlement in principle and expect to file papers dismissing BenQ in the near future. Accordingly, BenQ's participation is not required to establish the schedule in the coordinated cases, and BenQ respectfully requests that it not be required to attend the June 15 Scheduling Conference. Plaintiff Nexus does not oppose this request.

Respectfully submitted,

Dated: June 10, 2015  **LEE TRAN & LIANG LLP**

By: */s/Peter J. Wied*
Peter J. Wied
Vincent K. Yip
*Attorneys for Defendants BenQ America Corp. and BenQ Corp.*

1
UNOPPOSED REQUEST TO BE EXCUSED FROM SCHEDULING CONFERENCE