# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| NEXUS DISPLAY TECHNOLOGIES LLC PATENT LITIGATION<br><br>Plaintiff,<br><br>v.<br><br>BENQ CORPORATION AND BENQ AMERICA CORPORATION<br><br>Defendants, | Case No.: 8:14-cv-01118-JVS-DFM<br><br>**[PROPOSED] ORDER RE UNOPPOSED REQUEST TO BE EXCUSED FROM SCHEDULING CONFERENCE**<br><br>Status Conference: June 15, 2015<br>Time:              11:00 am |

As reflected in the Joint Status Report filed on June 8, 2015 (Docket No. 46), Plaintiff Nexus Display Technologies and Defendants BenQ Corporation and BenQ America Corporation, have reached settlement in principle and expect to file papers dismissing BenQ in the near future and for good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. Defendants BenQ Corporation and BenQ America Corporation is not required to attend the June 15 Scheduling Conference.

**IT IS SO ORDERED**

Dated: _____  _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE