Alisa Lipski (SBN 278710)
Amir H. Alavi (Admitted *Pro Hac Vice*)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Email: aalavi@azalaw.com

Douglas Q. Hahn (SBN 257559)
Stadling Yocca Carlson & Rauth PC
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
Tel: 949-725-4138
Fax: 949-725-4100
Email: dhahn@sycr.com

***Attorneys for Plaintiff Nexus Display Technologies LLC***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE NEXUS DISPLAY TECHNOLOGIES LLC PATENT LITIGATION<br><br>This Document Relates To:<br><br>CV 14-01118 JVS (DFMX), Nexus Display Technologies LLC v. BenQ America Corp. et al. | SACV 14-01118 JVS(DFMx) coordinated with<br>CV 14-05691 JVS(DFMx)<br>CV-14-05693 JVS(DFMx)<br>CV 14-05694 JVS(DFMx)<br><br>Honorable James V. Selna<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff Nexus Display Technologies, LLC ("Nexus") and Defendants BenQ America Corp. and BenQ Corp. ("BenQ") hereby stipulate to dismiss all their respective claims and counterclaims in this action,

with prejudice.  Nexus and BenQ further stipulate that they shall bear their own attorneys' fees and costs in connection with this action.

Dated: September 21, 2015

Respectfully submitted,

*Alisa Lipski*

Alisa A. Lipski
California Bar No. 278710
alipski@azalaw.com
Amir Alavi (pro hac vice)
aalavi@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Douglas Q. Hahn (SBN 257559)
**STADLING YOCCA CARLSON & RAUTH PC**
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
Tel: 949-725-4138
Fax: 949-725-4100
Email: dhahn@sycr.com

ATTORNEYS FOR PLAINTIFF
NEXUS DISPLAY TECHNOLOGIES LLC

Dated: September 21, 2015

Respectfully submitted,

*Peter J. Wied*

Peter James Wied
Lee Tran & Liang LLP
601 S. Figueroa Street Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Fax: (213) 612-3773
Email: peter.wied@ltlattorneys.com

ATTORNEYS FOR DEFENDANTS
BENQ AMERICA CORP. AND BENQ CORP.

**CERTIFICATE OF SERVICE**

On September 21, 2015, I caused the foregoing document, STIPULATION OF DISMISSAL, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case.  Pursuant to L.R. 5-3.2.1, the Notice of Electronic Filing when emailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

*Alisa A. Lipski*
Alisa A. Lipski